(Form to be used by **federal prisoners** filing a civil action under 28 U.S.C. § 1331, civil action under 28 U.S.C. § 1346, or a *Bivens* action)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

Christopher Williams                    )  Civil Action No. 9:14-CV-3514-RMG-BM
_____)
                                        )
_____)
Enter above the **full name** of the **plaintiff** in this action.   )
                                        )        **Complaint**
vs.                                     )
                                        )
Corey H. Fleming, counsel on            )
                                        )
record                                  )
_____)
                                        )
_____)
                                        )
_____)
Enter above the **full name** of **each defendant** in this action.

I.  PREVIOUS LAWSUITS:

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action **or otherwise relating to your imprisonment**?
       _____YES   ✓ NO

   B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper the same size as this one, and give the same information about the additional cases.)

       1.  Approximate date of filing lawsuit: N/A

       2.  Parties to previous lawsuit:

           Plaintiff(s) N/A

           Defendant(s) N/A

       3.  Court: (If federal, name the district; if state, include the county and state.)

           N/A

       4.  Docket Number: N/A

Revised April 2006

5. Name of Judge to whom case was assigned: __N/A__

6. Disposition: (Was the case dismissed? appealed? still pending?)

   __N/A__

7. Approximate date of disposition: __N/A__

II. PLACE OF PRESENT CONFINEMENT: __Coleman Low__

A. Administrative Exhaustion:

1. Did you attempt to resolve your complaint informally?

   ___YES  ✓ NO

2. Did you appeal to the Warden?

   ___YES  ✓ NO

3. Did you appeal to the Regional Director?

   ___YES  ✓ NO

4. Did you appeal to the General Counsel?

   ___YES  ✓ NO

5. Attach copies of any correspondence you have received from the Bureau of Prisons.

6. If you did not use the BOP Administrative Remedy Procedure, explain why you did not

   __This a civil suit action that needs to be resolved in the District court of law.__

Revised April 2006                               2

B. Did you present your claim to any other federal agency for administrative action?

_____ YES  __✓__ NO

    1. If your answer is "yes," state the name of the agency to which the claim was submitted, the date such claim was submitted and what action, if any, has been taken.

_____

_____

_____

_____

    2. If your claim has been acted on, attach copies of any correspondence you have received from the Bureau of Prisons or other federal agency concerning your claim.

C. Are you suing for a work-related injury?

_____ YES  __✓__ NO

If your answer is "Yes," state the nature of your duties you were performing when the injury occurred.

_____

_____

_____

_____

III. PARTIES TO THIS SUIT:

    A. Name and address of the plaintiff (including prison number):

*Christopher Williams; P.O. Box 1031 Coleman, Fl. 33521 Inmate no. 24272-171*

Revised April 2006          3

B. Full name of each defendant, his or her official position, his or her place of employment, and his or her **full mailing address**. (If more space is needed for additional defendants attach an extra page the same size as this page with the required information.)

Defendant # 1: Corey H. Fleming, Position: Retained Counsel 1501 North Street P.O. Drawer 507 - Beaufort, South Carolina 29901-0507

Defendant # 2: _____

Defendant # 3: _____

Defendant # 4: _____

IV. STATEMENT OF CLAIM

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra pages the same size as this page if necessary.)

Claimant was charged with co-defendents in 3 counts of a 5 count indictment claimant was charged in count 1 with conspiracy to posses with intent to distribute 280 grams or more of cocaine base, in count 2 with conspiracy to posses with intent to distribute a quanity of cocaine base, and

Revised April 2006                4

(Statement of Claim continued)

Count 6 with conspiracy to commit mail and wire fraud, in violation of 21 U.S.C §§ 841(a)(1), (b)(1)(A) and § 846, and 21 U.S.C §§ 841(a)(1) and 846, and 18 U.S.C. § 1341, 1343, and 1349, respectively. Further, claimant entered a guilty plea on 10/30/2012 To use of Communications Facility telephone and was later sentence on 6/14/2013 and judgement enter on 6/15/2013 on count 2, to 37 months imprisonment. However, Claimant advised defendant to file an Direct Appeal in his case Counsel stated " That we did not discuss that in my memory and attorney General policy does not help claimant, and said he would have certainly have filed an Direct Appeal had I asked him to do so". Defendant rely's on Attorney General policy to not file an Direct Appeal in my case. The judgement was filed on June 18, 2013 and a Pro Se notice of Appeal was filed on January 14, 2014 (See Exhibits)

V. **RELIEF:** State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Claimant request a monetary damage of $1,000,000. dollars or in the alternatively a trial by jury.

**I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.**

Christopher Williams
(Signature of plaintiff)

Signed this __26__ day of __8__, 20__14__.
           (date)          (month)        (year)