AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of South Carolina

| | | |
|---|---|---|
| Christopher Williams, | ) | |
| *Plaintiff* | ) | Civil Action No.    9:14-CV-03514-RMG |
| v. | ) | |
| Corey H. Fleming, | ) | |
| *Defendants* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)*
_____ .

■ other:   The Report and Recommendations of United States Magistrate Judge Bristow Marchant is
accepted. This case is dismissed without prejudice and without issuance and service of process.
The Plaintiff shall take nothing on his Complaint filed pursuant to Title 42 U.S.C.§ 1983.             .

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

■ decided by Judge          Honorable Richard M. Gergel, United States District Judge

.

Date: ___November 06, 2014___

Tqdkp'N0Dnwo g
*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*